UNITED STATES
BANKRUPTCY COURT

2009 DEC -1 PM 4:28

DISTRICT OF UTAH

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | |
|---|---|
| **JIMMY A. GAMA**<br>SSN: XXX-XX-8285 | Case No. 08-24526 WTT<br>Chapter 7  |
| Debtor(s) | |

### NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1.　On November 16, 2009, the Court approved the trustee's final report and proposed distribution.

2.　Pursuant to the proposed distribution, the following are the unsecured creditors having dividends less than $5.00:



T:\GamaNoticeofPymtSmDividends　　　　1

| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|---|---|---|---|
| 1. | American Infosource LP As Agent for T Mobile | PO Box 248848 Oklahoma City, OK 73124-8848 | $4.00 |

3. These funds are on deposit in Bank of America, account number 4437271068.

4. A check in the amount of Four Dollars ($4.00), representing said funds has been made payable to the Clerk, U.S. Bankruptcy Court and is attached hereto.

**DATED** this 30th day of November, 2009.

Woodbury & Kester, P.C.

_____
Elizabeth R. Loveridge
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2009, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

Office of the United States Trustee
Attn: Rayla Meyer
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, UT  84111

Jimmy A. Gama
6652 South Liza Lane
West Jordan, UT 84084

Lee J. Davis
Law Office of Davis & Jones, PC
180 East 2100 South
Suite 102
Salt Lake City, UT 84115